Maria P. Vallejo, Esq.
Chasan Lamparello Mallon & Cappuzzo, PC
300 Lighting Way, Suite 200
Secaucus, New Jersey 07094
(201) 348-6000
mvallejo@chasanlaw.com
Attorneys for Plaintiff Rashmin M. Patel
Our File No: 15673-3500

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **RASHMIN M. PATEL,**  Plaintiff,  v.  **JIGAR P. PATEL, MAHENDRA C. PATEL, ASHABEN J. PATEL, and CHIRAG PATEL,**  Defendants. | **Civil Action No.: 2:21-cv-01811-EP-SDA**  **NOTICE OF MOTION TO ENTER DEFAULT JUDGMENT PURSUANT TO Fed. R. Civ. P. 55(b)(2)** |

**TO:**         Clerk, Melissa E. Rhoads, Esq.
              United States District Court
              Martin Luther King, Jr. Federal Building
              50 Walnut Street
              Newark, New Jersey 07101

**ON NOTICE TO:**   Chirag Patel
              89 Morningside Lane
              Hendersonville, NC 28792
              l1lalill@yahoo.com

              Ashaben Patel
              24 Cudworth Lane
              Sudbury, MA 01776
              ashapatel1986@yahoo.com

1

|  |  |
|---|---|
|  | Jigar Patel<br>24 Cudworth Lane<br>Sudbury, MA, 01776<br>pateljerry@hotmail.com |
| **PLACE:** | Honorable Evelyn Padin, U.S.D.J.<br>United States District Court, District of New Jersey<br>Martin Luther King Building and U.S. Courthouse<br>50 Walnut Street, Courtroom<br>Newark, NJ  07102 |
| **RELIEF SOUGHT:** | An Order entering Default Judgment, pursuant to Fed. R. Civ. P. 55(b)(2), and awarding attorneys' fees and costs, pursuant to Fed. R. Civ. P. 37(c). |
| **SUPPORTING DOCUMENTS:** | Brief, Certification of Counsel, Certification of Plaintiff Rashmin M. Patel, and proposed form of Order. |
| **CERTIFICATION AS TO FILING AND SERVICE:** | Pursuant to the Federal Rules of Civil Procedure, all papers shall be served in accordance with the local rules of the United States District Court for the District of New Jersey. |
| **ORAL ARGUMENT:** | Oral argument is not requested, unless opposition is filed. |
| **DISCOVERY END DATE:** | December 16, 2024 |
| **TRIAL DATE:** | N/A |

Chasan Lamparello Mallon & Cappuzzo, PC
Attorneys for Plaintiff Rashmin M. Patel

By:_____
Maria P. Vallejo

Dated: December 5, 2025